**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
FEB 19 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26CR17-KKC.MAS
**18 U.S.C. § 2422(b)**

**RUSSELL MILLER**

* * * * *

**THE GRAND JURY CHARGES:**

In or about April of 2025, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**RUSSELL MILLER**

using a facility or means of interstate or foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of 18 U.S.C. § 2422(b).

**A TRUE BILL**

[redacted]

**PAUL C. MCCAFFREY**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

Imprisonment for not less than 10 years nor more than life, fine of not more than $250,000, and supervised release for not less than 5 years nor more than life.

**PLUS:** Restitution, if applicable.

**PLUS:** Mandatory special assessment of $100 per count.