UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No. 5:26-cr-17-KKC-MAS-1 At Lexington Date May 19, 2026

USA vs Russell Miller X present X custody ____ bond ____ OR Age 40

DOCKET ENTRY: Defendant appeared with counsel for rearraignment in this matter, proceedings were held as noted. The Court finds the defendant to be fully competent and capable of entering an informed plea and that he enters the plea knowingly and voluntarily. The plea of guilty as to the sole count of the Indictment is accepted and the defendant was adjudged guilty of the offense set forth in Count 1. There will be no written plea agreement filed.

PRESENT: HON. KAREN K. CALDWELL, U.S. DISTRICT JUDGE

| Kimberly Marsh | Lauren Gootee | Erin Roth |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft Richard Weston X present ____ retained X appointed

PROCEEDINGS: **REARRAIGNMENT**

| | |
|---|---|
| X | Copy Indictment previously given to the defendant. |
| X | Defendant states true name is as stated on the indictment. |
| ____ | Defendant waives formal arraignment. |
| X | Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. |
| X | Defendant moves to CHANGE PLEA as to offense in Count 1 x Court grants motion. |
| ____ | Defendant waives reading of Indictment-Information x Indictment – Counts 1 read. |
| X | Defendant pleads x Guilty to Count 1 __Not guilty to counts |
| ____ | Defendant agrees with facts contained in forfeiture allegation. |
| X | NO PLEA AGREEMENT will be filed in the record. |
| X | Jury trial previously SET ASIDE & CANCELED as to this defendant. |
| ____ | Copy of presentence report not requested. __Court received Presentence Report. |
| X | Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P. |
| ____ | Defendant to remain on bond, and on conditions of release. |
| X | Defendant remanded to custody. |

Case continued until **September 3, 2026 at 10:00 a.m.** at Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

Copies: COR, USP, USM, D, JC

Initials of Deputy Clerk km
TIC:/11